AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****  DISTRICT OF   NEVADA

ROBERT G. GALLAGHER, a/k/a
BOBBY FREEMAN and BETTY
FRANKLIN,

      Plaintiffs,      JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:07-cv-00141-ECR-VPC**

E.W. SCRIPPS COMPANY, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is TRANSFERRED to the Western District of Tennessee.

   March 4, 2008                                        **LANCE S. WILSON**
                                                                            Clerk

                                                                          /s/ Kalani Lizares
                                                                          Deputy Clerk